Certiorari granted. *Edwards & Angell, Richard M. Borod,* for petitioner. *Abraham Goldstein, Harry Goldstein,* for Charles M. Perkins and Margaret B. Perkins; *William M. Sloan,* for Charles M. Perkins, Jr.; *David F. Sweeney,* guardian ad litem; respondents.

M. P. No. 430. *Petition of* NELSON C. DRUMMOND AND LUCILLE F. DRUMMOND. Petition for trial pursuant to G. L. 1956, §9-21-4, as amended, granted, and judgment entered in Superior Court, Newport County, C. A. No. 8507, Nelson C. Drummond et ux. v. Havana Cafe, Inc., vacated. All papers in said case under Appeal No. 353-A remanded to Superior Court, Newport County. *Dean J. Lewis,* for petitioners. *Moore, Virgadamo, Boyle & Lynch, Salvatore L. Virgadamo,* for respondents.

Ex. &c. No. 63. STATE *v.* CHARLES R. FRANKLIN. Motion for reargument denied. (Original opinion reported in 103 R. I. 715). *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, *Luc R. LaBrosse,* Special Asst. Attorney General, for plaintiff. *James Cardono,* Public Defender, for defendant.

May 21, 1968.

M. P. No. 436. WILLIAM A. BURKE *v.* AUGUSTINE RICCIO, HAROLD V. LANGLOIS, D. RICHARD BARONIAN. Mandamus denied. *William A. Burke,* pro se, petitioner. *Herbert F. DeSimone,* Attorney General, *W. Slater Allen, Jr.,* Special Asst. Attorney General, for respondents.

APPEAL No. 189. SEBASTIANO SUFFOLETTA *v.* JOHN J. HALL, *Director of Labor.* Employee's petition for an award of counsel fees denied, the legislature having made no provision therefor to an employee who successfully prosecutes a petition for benefits from Second Injury Indemnity Fund. *Cabral v. Hall,* filed July 19, 1967 (unreported order). *Jacob D. Portnoy,* for petitioner. *Herbert F. DeSimone,* Attorney General, *W. Slater Allen, Jr.,* Special Asst. Attorney General, for respondent.